```
1  GLENN E. WESTREICH (SBN 100457)
   DARRELL D. KINDER (SBN 255810)
2  PATRICK N. LUNDELL (SBN 273506)
   HAYNES AND BOONE, LLP
3  2033 Gateway Place, Suite 300
   San Jose, California 95110
4  Telephone: (408) 660-4120
   Facsimile:  (408) 660-4121
5  E-mail:  glenn.westreich@haynesboone.com
            darrell.kinder@haynesboone.com
6           patrick.lundell@haynesboone.com

7  Attorneys for Plaintiff
   XILINX, INC.
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XILINX, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTELLITECH CORPORATION, a New Hampshire Corporation,<br><br>Defendant. | Case No. 11–CV–0699-MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS, the Court has scheduled a Case Management Conference for May 27, 2011;

WHEREAS, Plaintiff's lead trial counsel, Glenn E. Westreich, has previously scheduled travel outside of California on May 27, 2011;

WHEREAS, Defendant Intellitech is agreeable to continuing the Case Management Conference to the next available date; and

WHEREAS, the parties understand that the Court conducts case management conferences on Fridays and are both available on June 3, 2011.

1

1   NOW, THEREFORE, the parties hereby stipulate and jointly request that the Case
2   Management Conference herein be continued to June 3, 2011.

5   DATED: May 9, 2011                HAYNES AND BOONE, LLP

7                                     By   */s/ Glenn E. Westreich*
8                                          Glenn E. Westreich
                                           Attorney for Plaintiff
9                                          XILINX, INC.

11  DATED: May 9, 2011                IMPERIUM PATENT WORKS

13                                    By   */s/Darien K Wallace/*
14                                         Darien K. Wallace
                                           Attorney for Defendant
15                                         INTELLITECH CORPORATION

18      IT IS SO ORDERED.

21  Dated: __May 10, 2011__            _____
                                       HON. MAXINE M. CHESNEY
22                                     JUDGE OF THE DISTRICT COURT

2

**STIPULATION AND ORDER TO CONTINUE CMC**
**CASE NO. 11-CV-0699 (MMC)**

**PROOF OF SERVICE**

The undersigned hereby certifies that on May 9, 2011, the foregoing:

- **STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

was electronically filed with the Clerk of the Court using the CM/ECF System.  This document was served on all counsel who are deemed to have consented to electronic service.

DATED:  May 9, 2011                       By      */s/ Glenn E. Westreich*
                                                              Glenn E. Westreich

3

**STIPULATION AND ORDER TO CONTINUE CMC**
**CASE NO.  11-CV-0699 (MMC)**