GLENN E. WESTREICH (SBN 100457)
DARRELL D. KINDER (SBN 255810)
PATRICK N. LUNDELL (SBN 273506)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 300
San Jose, California 95110
Phone:  (408) 660-4120
Facsimile:  (408) 660-4121
E-mail:  glenn.westreich@haynesboone.com
            darrell.kinder@haynesboone.com
            patrick.lundell@haynesboone.com

Attorneys for Plaintiff
XILINX, INC.

Robert F. Kramer (State Bar No. 181706)
Eric Shih (State Bar No. 156102)
Stephanie R. Wood (State Bar No. 242572)
**NOVAK DRUCE + QUIGG LLP**
555 Mission Street
Thirty-Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 814-6161
Facsimile:    (415) 814-6165
Email: robert.kramer@novakdruce.com
Email: eric.shih@novakdruce.com
Email:stephanie.wood@novakdruce.com

Attorneys for Defendant
INTELLITECH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>INTELLITECH CORPORATION, a New Hampshire Corporation,<br><br>            Defendant. | Case No. 3:11–CV–0699-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PATENT LOCAL RULE 4-2 EXCHANGE BY ONE DAY**<br><br>The Honorable Maxine M. Chesney |

Plaintiff Xilinx, Inc. ("XILINX") and Defendant Intellitech Corporation ("INTELLITECH") hereby stipulate and agree to extend the date to exchange proposed constructions and extrinsic evidence pursuant to N.D. California Patent Local Rule 4-2 by one day from the Court ordered deadline of September 15, 2011 [Dkt. Nos. 28 (Order) and 23 (Dates)] to September 16, 2011.

//

//

//

CIVIL ACTION NO.: 3:11–CV–0699-MMC
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PATENT LOCAL RULE 4-2 EXCHANGE

1

1 | Dated: September 15, 2011

By: /s/ Stephanie R. Wood
Stephanie Wood
NOVAK DRUCE + QUIGG LLP
Attorney for Defendant
INTELLITECH CORPORATION


By: /s/ Patrick Lundell
Patrick Lundell
HAYNES AND BOONE, LLP
Attorney for Plaintiff
XILINX, INC.

.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: <u>September 16</u>, 2011

Hon. Maxine M. Chesney
United States District Judge

CIVIL ACTION NO.: 3:11–CV–0699-MMC
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PATENT LOCAL RULE 4-2 EXCHANGE

2