IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XILINX, INC., | § § § |
| Plaintiff, | § C.A. No. 11-CV-00699-MMC § |
| v. | § § |
| INTELLITECH CORPORATION, | § § STIPULATION OF DISMISSAL § OF INTELLITECH CORPORATION |
| Defendant. | § |

Plaintiff Xilinx, Inc. ("Xilinx") and Defendant Intellitech Corporation ("Intellitech"), by and through their respective undersigned attorneys, hereby stipulate that their respective claims against each other be, and hereby are, dismissed with prejudice with each side to bear its own costs and expenses, including attorneys fees.

Dated: October 12, 2011

| | |
|---|---|
| */s/ Glenn Westreich* | */s/ Eric Shih* |
| Glenn Westreich | Eric Shih |
| HAYNES AND BOONE LLP | NOVAK DRUCE + QUIGG LLP |
| 2033 Gateway Place, Suite 300 | 555 Mission Street, 34th Floor |
| San Jose, CA 95110 | San Francisco, CA 94105 |
| (408) 660-4120 | (415) 814-6161 |
| glenn.westreich@haynesboone.com | eric.shih@novakdruce.com |
| *Attorneys for Plaintiff Xilinx Inc.* | *Attorneys for Defendant Intellitech Corporation* |

**SO ORDERED** on this   19th    day of         October        , 2011.

_____
United States District Court Judge